**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ROSEMARIE LANG**,<br><br>    *Plaintiff*<br>  v.<br><br>**MAIN LINE HOSPITALS, INC.** and<br>**MAIN LINE HEALTH, INC.**<br><br>    *Defendants* | CIVIL ACTION<br><br>No.  2:22-cv-04234-KSM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-titled action that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice and with each party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted this 15 day of December 2022 by the undersigned counsel:

| | |
|---|---|
| */s Aaron B. Gorodetzer*<br>AARON B. GORODETZER<br>*(PA Attorney ID No. 203384)*<br>SBARBARO LAW OFFICES, LLC<br>*705 Gordon Drive*<br>*Exton, PA 19341*<br>610-344-7300<br>aaron@sbarbarolaw.com<br>*Attorney for Plaintiff* | */s Caren Litvin*<br>CAREN LITVIN<br>(Pa. Attorney I.D. No. 41796)<br>LITVIN LAW OFFICE<br>150 N. Radnor-Chester Road, Suite F-200<br>Radnor, PA 19087<br>(610) 977-2049<br>CL@litvinlawoffice.com<br>*Attorney for Defendants* |